# D'AMATO LAW FIRM P.C.

| | | |
|---|---|---|
| **Paul R. D'Amato**<br>CERTIFIED BY THE SUPREME<br>COURT OF NEW JERSEY<br>AS A CIVIL TRIAL ATTORNEY<br>paul@damatolawfirm.com<br><br>**Rose L. Scogno**<br>PARALEGAL | **COUNSELORS AT LAW**<br>A PROFESSIONAL CORPORATION<br><br>2900 Fire Road, Suite 200<br>Egg Harbor Township, New Jersey 08234<br><br>P 609.926.3300<br>F 609.926.3883 | **Alexa D'Amato Barrera**<br>MEMBER NJ & PA BAR<br>alexa@damatolawfirm.com<br><br>**Dominic A. Speziali**<br>MEMBER NJ & PA BAR<br>dspeziali@damatolawfirm.com |

June 1, 2015

**VIA ECF ONLY**

The Honorable Ann Marie Donio, U.S.M.D.J.
United States District Court of New Jersey
PO Box 850, Room 2010
Camden, New Jersey 08101

    **RE:**    **LACOVARA V. BIG LOTS**
            **CASE NUMBER**    : **1:14-cv-01953-JBS-AMD**

Dear Judge Donio:

After subsequent discussions with all counsel regarding the previously submitted Amended Protective Order, attached hereto, all parties have consented to entering same as a replacement of the Protective Order that is currently in effect.

Respectfully submitted,

*Paul R. D'Amato*

Paul R. D'Amato

PRD/DAS
Enclosures
cc w/ enc.:    John Angeloni, Esquire – via ECF
                Eric K. Blumenfeld, Esquire – via ECF
                Mari Linn Lacovara – via email