[Dkt. Entry 61]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARI LINN LACOVARA and ANDREW LACOVARA, h/w,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIG LOTS STORES, INC. and BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.,<br><br>    Defendants.<br>------------------------------<br>BIG LOTS STORES, INC.,<br><br>    Third-Party Plaintiff<br><br>    v.<br><br>DESIGNCO OVERSEAS PRIVATE LIMITED, et al.,<br><br>    Third-Party Defendants | Civil No. 14-1953 (AMD) |

**<u>ORDER</u>**

This Matter having come before the Court by way of motion [Dkt. Entry 61] of Defendant Bureau Veritas Consumer Products Services, Inc. (hereinafter, "Bureau Veritas") for an Order dismissing Plaintiffs' claims pursuant to F<small>ED</small>. R. C<small>IV</small>. P.

12(b)(2) for lack of personal jurisdiction; and the Court having considered the papers submitted in connection with this application; and Plaintiffs' counsel having filed a letter on the docket [Dkt. Entry 67] which states that "Plaintiffs will not be opposing Defendant Bureau Veritas's Motion to Dismiss[;]" and the Court having considered this matter pursuant to FED. R. CIV. P. 78; and for good cause shown:

IT IS on this 23rd day of July 2015,

**ORDERED** that the motion of Defendant Bureau Veritas [Dkt. Entry 61] to dismiss shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the claims that Plaintiffs asserted against Bureau Veritas in Plaintiffs' Amended Complaint [Dkt. Entry 23] shall be, and are hereby, dismissed without prejudice.

```
                              s/ Ann Marie Donio
                              ANN MARIE DONIO
                              UNITED STATES MAGISTRATE JUDGE
```